# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America </br> v. </br> __Aurelien Michel_____ </br> *Defendant* | ) </br> ) Case No. __23-cr-418__ </br> ) </br> ) </br> ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: __11/14/2023__

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

__ADAM K. BROODY__
*Printed name of defendant's attorney*

_____
*Judge's signature*

__Vera M Scanlon USMJ__
*Judge's printed name and title*

[Print]  [Save As...]  [Reset]